IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| NADINE PIERRE, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-1126-CDL-ALS |
| | * | |
| Warden, STEWART DETENTION CENTER, *et al.*, | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 24, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk